760

## Commonwealth *v.* Nettles, Appellant.

Argued September 15, 1966. *Curtis C. Carson, Jr.,* for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* O'Halloran, Appellant.

Submitted September 12, 1966. *Francis O'Halloran,* appellant, in propria persona; *James D. Crawford* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.